UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-43619 |
|---|---|
| BART WILLIAM ULLMER | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/11/ 14 | CITIMORTGAGE INC<br>BOX 6006<br>THE LAKES, NV  88901 | 1,221.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

Certificate of Service                    05-43619

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

BART WILLIAM ULLMER                 RICHARD E WEST                    (16.1n)
4517 MERRYDALE AVENUE               195 E CENTRAL AVE                 CHASE AUTO FINANCE
DAYTON, OH 45431                    BOX 938                          201 N CENTRAL AVE 11TH FLOOR
                                   SPRINGBORO, OH 45066             ATTN BANKRUPTCY DEPT AZ1-1191
                                                                    PHOENIX, AZ 85004

(14.1)                             (18.1n)                          (21.1n)
CITIMORTGAGE INC                   ECAST SETTLEMENT CORPORATION     GE MONEY BANK
BOX 6006                           BOX 35480                        % RECOVERY MANAGEMENT SYSTEMS
THE LAKES, NV 88901                NEWARK, NJ 07193                 25 SE 2ND AVE  SUITE 1120
                                                                    MIAMI, FL 33131

(14.4)                             (19.1n)
MICHAEL R PROCTOR                  PORTFOLIO RECOVERY ASSOCIATES
LERNER SAMPSON & ROTHFUSS          BOX 41067
BOX 5480                           NORFOLK, VA 23541
CINCINNATI, OH 45201

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    sv